THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER  15-30002-MJR |
| ) | |
| EASTER JIMISON ) | |
| ) | |
| ) | Title 18, United States Code, |
| Defendants. ) | Sections 2113(a) and 2. |

**STIPULATION OF FACTS**

1. The United States of America, by and through its attorney, and the Defendant, by and through his attorney, hereby stipulate and agree as follows:

2. On or about November 7, 2014, in St. Clair County, Illinois, within the Southern District of Illinois, EASTER JIMISON entered and attempted to enter First Collinsville Bank-Caseyville, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to commit a felony and larceny affecting the bank.

3. On or about December 5, 2014, in St. Clair County, Illinois, within the Southern District of Illinois, EASTER JIMISON entered and attempted to enter The Bank of Edwardsville-Swansea Branch, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to commit a felony and larceny affecting the bank.

4. On or about December 10, 2014, in Madison County, Illinois, within the Southern District of Illinois, EASTER JIMISON entered and attempted to enter First Collinsville Bank-Maryville Branch, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to commit a felony and larceny affecting the bank.

## SO STIPULATED

_____
EASTER JIMISON
Defendant

_____
TODD SCHULTZ
Attorney for Defendant

Date: 02-24-15

STEPHEN R. WIGGINTON
United States Attorney

_____
MICHAEL HALLOCK
Assistant United States Attorney

Date: 3/6/15